# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00014-CV

**DeJanee Holloway, Appellant**

**v.**

**Joseph Harper, Appellee**

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 23DFAM338873, THE HONORABLE STEVEN J. DUSKIE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due May 26, 2026.  On June 9, 2026, this Court sent a notice to appellant informing her that her brief was overdue and that failure to file a satisfactory response by June 19, 2026, would result in the dismissal of this appeal for want of prosecution.  To date, appellant has not filed a brief or a motion for extension of time.  Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Prosecution

Filed:   June 23, 2026